IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| DARCY D. WILLIAMSON, Trustee for the Bankruptcy Estate of Laura Clayton and Stephen Clayton, Case No. 12-41353-7,<br><br>      Plaintiff,<br><br>v.<br><br>CHARLIE G. JOSLIN, M.D.; RAY E. HOUSE, M.D.; and CENTRAL KANSAS MEDICAL CENTER, d/b/a ST. ROSE AMBULATORY & SURGERY CENTER,<br><br>      Defendants. | Case No.: 2:15-CV-02657-JWL-JPO |

**AGREED ORDER APPROVING SETTLEMENT, APPROVING THE PARTIES' RESPECTIVE ATTORNEYS' FEES AND DISMISSING ACTION WITH PREJUDICE**

On September 20, 2016, this matter came before the Honorable Judge John W. Lungstrum for review and approval of the settlement reached between the parties, approval of the parties respective attorneys' fees and dismissal of the action with prejudice. Plaintiff appeared by and through her counsel of record Larry Wall and Tina Huntington, of Wall Huntington Trial Law, Wichita, Kansas. Defendant Charlie G. Joslin, M.D. appeared by and through his counsel of record Anthony M. Singer, of Woodard, Hernandez, Roth & Day, L.L.C., Wichita, Kansas. Defendant Central Kansas Medical d/b/a St. Rose Ambulatory & Surgery Center appeared by and through its counsel of record Brent G. Wright of Horn Aylward & Bandy, L.L.C. Defendant Ray E. House, M.D. appeared by and through his counsel of record Peter S. Johnston of Clark, Mize & Linville, Chtd., Salina, Kansas.

**THEREUPON**, the Court heard statements of counsel, reviewed relevant the evidence and the itemized billing statement of all counsel.  The Court further questioned counsel regarding portions of the record which required further clarification.  After reviewing the evidence, hearing the statements of counsel and otherwise being duly advised, the Court entered the following orders with the full agreement of all the parties:

1. The confidential settlement reached by the parties is approved by the Court pursuant to K.S.A. 40-3410 in that the Court finds the settlement to be valid, just and equitable.

2. The Court after reviewing the itemized billing statements of each of the attorneys of record and after considering the factors contained in K.S.A. 7-121b finds the attorneys' fees to be reasonable and approves the same.

3. The Court after reviewing the report and recommendation issued by Chief Judge Janice Miller Karlin finds the attorneys' fees of the bankruptcy trustee Darcy D. Williamson to be reasonable.

4. This matter is dismissed with prejudice.

**IT IS SO ORDERED.**

s/ John W. Lungstrum
JUDGE JOHN W. LUNGSTRUM

**APPROVED BY:**

s/Larry Wall
Larry Wall, #07732
Tina Huntington, #21303
Wall Huntington Trial Law
2024 N. Woodlawn, Suite 406
Wichita, KS  67208
*Tel: (316) 265-6000; Fax: (316) 267-3567*
*Email:* larry@whtriallaw.com
          tina@whtriallaw.com
**-*Attorneys for Plaintiff***

s/Peter S. Johnston
Peter S. Johnston, #18398
Clark, Mize & Linville, Chtd.
129 S. Eighth
P.O. Box 380
Salina, KS  67402-0380
*Tel: (785) 823-6325; Fax: (785) 823-1868*
*Email:* psjohnston@cml-law.com
 -***Attorneys for Defendant Ray E. House, M.D.***

s/Brent G. Wright
Brent G. Wright, #16297
Horn Aylward & Bandy, LLC
2600 Grand Blvd., Suite 1100
Kansas City, Missouri 64108
*Tel:* (816) 421-0700; *Fax:* (816) 421-0899
*Email:* bwright@hab-law.com
          eperryshort@hab-law.com
**-*Attorneys for Defendant Central Kansas Medical Center,***
         ***d/b/a St. Rose Ambulatory & Surgery Center***

s/Anthony M. Singer
Anthony M. Singer, #18771
Woodard, Hernandez, Roth & Day, L.L.C.
245 N. Waco, Suite 260
Wichita, Kansas 67202
*Tel:* (316-263-4958; *Fax:* 316-263-0125
*Email:* asinger@woodard-law.com
-***Attorneys for Defendant Charlie G. Joslin, M.D.***